UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE BEACH DIVISION
www.flsb.uscourts.gov

In re:

                                                                                Chapter 13
                                                      Case No.: 18-19312-RBR

MARCIA HARRIS,

    Debtor.
_____/

## NOTICE OF APPEARANCE AND REQUEST FOR SERVICE

**PLEASE TAKE NOTICE** that Chase A. Berger, Esq. and Ghidotti Berger, LLP hereby enter their appearance as counsel for Secured Creditor, **BSI FINANCIAL SERVICES, AS SERVICING AGENT FOR HMC ASSETS, LLC, SOLELY IN ITS CAPACITY AS SEPARATE TRUSTEE OF COMMUNITY DEVELOPMENT FUND I TRUST** ("Secured Creditor"), in these proceedings.

All parties shall take note that all future pleadings, notices, correspondence and all other pertinent data pertaining to the above-styled matter shall be forwarded to the undersigned counsel at the address listed below.

**Dated this 31st day of July, 2018.**

                                                  Respectfully submitted,

                                                  **GHIDOTTI | BERGER, LLP**
                                                  *Attorneys for Secured Creditor*
                                                  3050 Biscayne Blvd. - Suite 402
                                                  Miami, Florida 33137
                                                  Telephone: (305) 501.2808
                                                  Facsimile: (954) 780.5578

                                                  By: ___/s/ Chase A. Berger_____
                                                        Chase A. Berger, Esq.
                                                        Florida Bar No. 083794
                                                        cberger@ghidottiberger.com

## CERTIFICATE PURSUANT TO LOCAL RULE 9011-4(B)(1)

I certify that I am admitted to the Bar of the United States District Court for the Southern District of Florida and I am in compliance with the additional qualifications to practice in this court as set forth in Local Rule 2090-1(A).

By:     /s/ Chase A. Berger
          Chase A. Berger, Esq.

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on July 31, 2018, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF.

I also certify that the foregoing document is being served this day, either via transmission of Notice of Electronic Filing generated by CM/ECF or by first class U.S. Mail, upon:

*Debtor*
**Marcia Harris**
2009 NW 45th Ave.
Coconut Creek, FL 33066

*Debtor's Counsel*
**Christian Panagakos, Esq.**
120 E Oakland Park Blvd. - Suite 207
Oakland Park, FL 33334

*Trustee*
**Robin R Weiner**
P.O. Box 559007
Fort Lauderdale, FL 33355

*U.S. Trustee*
**Office of the US Trustee**
51 S.W. 1st Avenue - Suite 1204
Miami, FL 33130

By:     /s/ Chase A. Berger
          Chase A. Berger, Esq.